IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON CARPENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLPOINTS COURIER SERVICE, INC., <br><br> Defendant. | No. 1:17-cv-02043-JBS-AMD |

**SUPPLEMENT TO PLAINTIFFS' UNOPPOSED**
**MOTION FOR APPROVAL OF THE SETTLEMENT**

Plaintiffs filed their unopposed motion for approval of the settlement ("motion") on July 13, 2018.  See Doc. 52.  As noted in Plaintiffs' memorandum of law in support of the motion, because the parties had just finalized the Settlement Agreement ("Agreement") on July 12, 2018, Defendant had not yet had a chance to execute the Agreement.  See Doc. 52-1 at p. 5, n.6.  As a result, when Plaintiffs filed their motion, the Agreement which was attached only contained Named Plaintiff Jason Carpenter's signature.  See Doc. 52-2.  Subsequently, Defendant has executed the Agreement.  The fully-executed Settlement Agreement is attached to this Supplemental filing.  See Doc. 53-1.

Plaintiffs will file another supplemental filing on or before August 17, 2018 informing the Court as to the number of signed Release of Claim forms returned by Plaintiffs and attaching them to the filing.  However, the undersigned counsel would like to report to the Court that as of today, already 14 Plaintiffs have returned their signed Release of Claims forms.

Date:  July 20, 2018                    Respectfully,

                                        s/ Mark J. Gottesfeld
                                        R. Andrew Santillo
                                        Mark J. Gottesfeld

Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Plaintiffs' Counsel*